UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEROME HILL,

    Petitioner,

v.                                      Case No. 3:18-cv-2207-LC-MJF

MARK S. INCH,

    Respondent.
_____/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 5, 2020. (Doc. 17). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the filed objections (Doc 18).

Having considered the Report and Recommendation and the objections thereto, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 17), is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus (Doc. 7), challenging the judgment of conviction and sentence in *State of Florida v. Jerome Antonio Hill*, Escambia County Circuit Court Case No. 2011-CF-2207, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The clerk of court shall close this case file.

**DONE AND ORDERED** this 20th day of November, 2020.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**